No. 74–222. ALLRED ET AL. *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.